ACCEPTED
12-15-00043-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/14/2015 3:16:52 PM
CATHY LUSK
CLERK

No. 12-15-00043-CR

In the Court of Appeals
for the Twelfth Judicial District
at Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/14/2015 3:16:52 PM
CATHY S. LUSK
Clerk

Miko Parks,
Appellant

V.

State of Texas,
Appellee

On Appeal From Cause No. 2014-0129 in the 159th
Judicial District Court of Angelina County, Texas

**State's First Motion for Extension (Unopposed)**

To the Honorable Justices of this Court:

Appellee, State of Texas, moves for a 10-day extension of time to file its brief.

I.

Under the Texas Rules of Appellate Procedure, the general deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R. App. P. 38.6(b). Appellant's Brief was filed on July 15, 2015, giving the State until Friday August 14, 2015 to file its brief.

The State of Texas now requests a 10-day extension of time in which to file its brief.

## II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1.    Counsel for the State is working on another brief during this time period, *Allen v. State* 12-15-00131-CR.

2.    Counsel for the State is preparing for a jury trial in a sexual assault case, *State v.* Taylor 2014-0145, in the 159th Judicial District Court during this same time frame.   This is in addition to the normal felony criminal docket counsel must prepare for.

3.    Counsel for the Appellant is unopposed to this motion,

## III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This is the State's first motion for extension, and it is not brought for purposes of delay or harassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 10-day extension to file its State's Brief in this matter.

Respectfully Submitted,

/s/April Ayers-Perez
Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
aperez@angelinacounty.net

Attorney for Appellee
State of Texas

**Certificate of Service**

I do certify that on August 14, 2015 a true and correct copy of the above document has been served electronically to T. Ryan Deaton, 103 East Denman, Lufkin, Texas, 75901, attorney for Appellant, Miko Parks, through efile.txcourts.gov.

/s/April Ayers-Perez

**Certificate of Conference**

I certify that on August 14, 2015, I conferred with T. Ryan Deaton by telephone about this motion, and certify that he was unopposed to a 10-day extension.

/s/April Ayers-Perez